## CONSENT FORM

1. I consent and agree to pursue my claims for unpaid overtime and/or minimum wages through the action filed against Ashtabula County dba Ashtabula County Nursing & Rehabilitation Center.

2. I understand that this action is brought under the Fair Labor Standards Act and/or state wage and hour laws. I hereby consent, agree and opt-in to become a plaintiff herein and be bound by any judgment by the Court or any settlement of this action.

3. I intend to pursue my claim individually, unless and until the court or parties certify this case as a collective or class action. If someone else serves as the class representative(s), then I designate the class representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, the entering of an agreement with Plaintiffs' counsel concerning fees and costs, the entering into a settlement agreement with my employer, and all other matters pertaining to this action.

4. In the event the case is certified and then decertified, I authorize Plaintiffs' counsel to use this Consent Form to re-file my claims in a separate or related action against my employer.

_Tracey Caylor_ (signature)  
Tracey Caylor

Date: 10/15/19

Full Name: Tracey Caylor  
Street Address: 2171 Plymouth Ridge Road  
City, State, Zip: Ashtabula, OH  44004  
Phone: 440-969-3947  
Email: caylor.tracey@yahoo.com


EXHIBIT A