**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ashtabula County dba Ashtabula
Nursing & Rehabilitation Center
5740 Dibble Road
Kingsville, OH  44048

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Micky Patton*  ☐ Agent  ☒ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 11-21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7014 2120 0000 8585 6751

PS Form 3811, July 2013    Domestic Return Receipt    19cv2628

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Clerk of Courts
U.S.D.C. Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, OH  44113