IN THE UNITED STATES DISTRICT COURT
Northern District of Ohio Eastern Division

| | |
|---|---|
| TRACEY CAYLOR et al., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ASHTABULA COUNTY dba )<br>ASHTABULA COUNTY NURSING & )<br>REHABILITATION CENTER ) | Case No. 1:19-cv-2628<br><br>**Notice of Appearance** |

Now comes Rebecca K. Divoky Assistant Prosecutor for NICHOLAS A. IAROCCI, the duly qualified, elected and acting Prosecuting Attorney for Ashtabula County, Ohio and hereby enters her appearance as counsel for Defendant, Ashtabula County Nursing and Rehabilitation Center. Service of all pleadings, papers, and documents to be served in this action should be served on Ashtabula County or the Ashtabula County Nursing and Rehabilitation Center through its counsel.

Respectfully submitted,

Rebecca K. Divoky (0070412)
Assistant Prosecutor
**NICHOLAS A. IAROCCI (0042729)**
**PROSECUTING ATTORNEY**
25 West Jefferson Street
Jefferson, Ohio 44047
(440) 576-3662, fax (440) 576-3600
rkdivoky@ashtabulacounty.us

-1-

**CERTIFICATE OF SERVICE**

A copy of the foregoing Motion for Extension of Time was delivered by U.S. mail, postage prepaid, this 27th day of November 2019, to, Kristen M. Kraus, counsel for Plaintiffs, at Dworken & Bernstein Co., L.P.A., 60 South Park Place, Painesville, Ohio 44077.

Rebecca K. Divoky,
Assistant Prosecuting Attorney