**Motion granted.  Responsive pleading due 1/20/20.**
**/s/ John R. Adams**
**U.S. District Judge**
**11/27/19**

IN THE UNITED STATES DISTRICT COURT
Northern District of Ohio Eastern Division

| | |
|---|---|
| TRACEY CAYLOR et al., ) | |
| ) | |
| Plaintiff, ) | Case No. 1:19-cv-2628 |
| ) | |
| vs. ) | **Motion for Extension of Time** |
| ) | |
| ASHTABULA COUNTY dba ) | |
| ASHTABULA COUNTY NURSING & ) | |
| REHABILITATION CENTER ) | |

Now comes the Defendant, the Ashtabula County Nursing and Rehabilitation Center, by and through their Counsel, Rebecca K. Divoky, Assistant Prosecutor to Nicholas A. Iarocci, the duly elected and acting Prosecuting Attorney for Ashtabula County, Ohio, and moves this Honorable Court for an extension of time of Sixty (60) days, until January 20, 2020, to file an answer to Plaintiff's Class Action Compliant with Jury Demand.  This is the first extension of time requested by Defendant and is not being made for purposes of delay.  This extension of time is needed to obtain specialized outside counsel.

Respectfully submitted,

_____
Rebecca K. Divoky (0070412)
Assistant Prosecutor
**NICHOLAS A. IAROCCI (0042729)**
**PROSECUTING ATTORNEY**
25 West Jefferson Street
Jefferson, Ohio 44047
(440) 576-3662, fax (440) 576-3600
rkdivoky@ashtabulacounty.us

-1-