IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRACEY CAYLOR, et al. | ) | CASE NO. 1:19-cv-02628 |
| | ) | |
| Plaintiffs, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF APPEARANCE OF** |
| ASHTABULA COUNTY dba | ) | **COUNSEL** |
| ASHTABULA NURSING & | ) | |
| REHABILITATION CENTER | ) | |
| | ) | |
| Defendant. | | |

This Honorable Court and counsel and parties of record will take notice that Timothy T. Reid, Esq., Amy L. Kullik, Esq., and Kenneth E. Smith, Esq. of Mansour Gavin LPA hereby enter their appearance as additional counsel for Defendant Ashtabula County Nursing & Rehabilitation Center, in the within proceedings, and request to be served with all notices, orders, pleadings and communications filed herein.

Respectfully submitted,

*/s/ Kenneth E. Smith*
TIMOTHY T. REID (0007272)
AMY L. KULLIK (0069663)
KENNETH E. SMITH (0090761)
Mansour Gavin LPA
North Point Tower
1001 Lakeside Avenue, Suite 1400
Cleveland, OH 44114
P: (216) 523-1500
F: (216) 523-1705
treid@mggmlpa.com
akullik@mggmlpa.com
ksmith@mggmlpa.com

*Counsel for Defendant*
*Ashtabula County Nursing & Rehabilitation Center*

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Appearance of Counsel* has been filed electronically with the Court on this 16th day of January 2020.  Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.

*/s/ Kenneth E. Smith*
TIMOTHY T. REID (0007272)
AMY L. KULLIK (0069663)
KENNETH E. SMITH (0090761)

*Counsel for Defendant*
*Ashtabula County Nursing & Rehabilitation Center*