IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| Plaintiff, | ) | CASE NO. |
|  | ) |  |
|  | ) |  |
| v. | ) | Judge John R. Adams |
|  | ) |  |
|  | ) | REPORT OF PARTIES' PLANNING |
|  | ) | MEETING UNDER FED. R. CIV. |
| Defendant. | ) | P. 26(f) AND LR 16.3(b)(3) |

1. Pursuant to Fed. R. Civ. P. 26(f) and LR 16:3(b)(3), a meeting was held on

    _____ and was attended by:

    _____ counsel for plaintiff(s)     _____

    _____ counsel for plaintiff(s)     _____

    _____ counsel for defendant(s)    _____

    _____ counsel for defendant(s)    _____

2. The parties:

    \_\_ have not been required to make initial disclosures.

    \_\_ have exchanged the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1) and the Court's prior order.

3. The parties recommend the following track:

   \_\_ Expedited    \_\_ Standard

\_\_ Administrative    \_\_ Complex

   \_\_ Mass Tort

4. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

   \_\_ Early Neutral Evaluation

   \_\_ Mediation

   \_\_ Arbitration

   \_\_ Summary Jury Trial

   \_\_ Summary Bench Trial

   \_\_ Case not suitable for ADR

5. The parties \_\_do/\_\_do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6. Recommended Discovery Plan:

(a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

_____

_____

 

 

 

(b) Discovery cut-off date: _____

7. Recommended dispositive motion date: _____

8. Recommended cut-off date for amending the pleadings and/or adding additional parties: _____

9. Recommended date for a Status Hearing: _____

10. Other matters for the attention of the Court:

 

 

 

_____

Attorney for Plaintiff(s) _____

_____

Attorney for Plaintiff(s) _____

_____

Attorney for Defendant(s) _____

_____

Attorney for Defendant(s) _____