UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

Tracey Caylor, et al.,                          )       CASE NO.  1:19CV2628
                                                )
                    Plaintiffs,                 )       JUDGE JOHN R. ADAMS
                                                )
          vs.                                   )
                                                )       **ORDER**
Ashtabula County,                               )
                                                )
                    Defendant.                  )
                                                )
                                                )

          This matter appeared before the Court for a case management conference on May 12,

2020.  During the conference, the parties identified a legal issue that will assist the Court in

framing the scope of discovery in this matter.  Accordingly, by no later than May 27, 2020,

Plaintiffs shall file a legal memorandum addressing the issue of whether they were improperly

classified as exempt employees.  By no later than June 10, 2020, Defendant shall file a

responsive memorandum.  The parties are advised to focus on the assertions related to the

employees being paid in an hourly fashion.  Moreover, the parties may attach any and all

relevant exhibits.  Following the Court's review of the parties' filings, the Court will reconvene

the case management conference, if appropriate, to set a discovery schedule.

          IT IS SO ORDERED.


DATED: May 13, 2020                             _/s/ John R. Adams_____
                                                Judge John R. Adams
                                                UNITED STATES DISTRICT COURT