# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| TRACEY CAYLOR, *et al.*, ) | Case No. 1:19-cv-02628 |
| ) | |
| Plaintiffs, ) | Judge J. Philip Calabrese |
| ) | |
| v. ) | Magistrate Judge |
| ) | Jonathan D. Greenberg |
| ASHTABULA COUNTY d/b/a ) | |
| ASHTABULA COUNTY NURSING ) | |
| & REHABILITATION CENTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## FINAL ORDER AND JUDGMENT APPROVING SETTLEMENT

This matter is before the Court on the parties' Joint Motion for Approval of Settlement ("Joint Motion") pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement reached by the parties and memorialized in their Confidential General Settlement and Release Agreement ("Settlement" or "Settlement Agreement") (ECF No. 23-1).

Having reviewed the Settlement Agreement, as well as the pleadings and papers filed in this action, and for good cause shown, the Court enters this Final Order and Judgment approving the Settlement, as follows:

1. Plaintiffs assert, among other things, wage-and-hour claims under the FLSA, 29 U.S.C. § 201 *et seq.*

1

2. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under the FLSA, 29 U.S.C. § 216(b).

3. The Court approves the Settlement Agreement and orders that the Settlement Agreement be implemented according to its terms and conditions as further directed in this Order.

4. The Court awards and approves the payment of attorneys' fees and expense reimbursements to Plaintiffs' Counsel as provided in the Settlement Agreement and orders that such payments be made in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

5. This Action and all claims of Plaintiff are dismissed with prejudice. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Final Order and Judgment immediately.

6. As requested by the parties and in the Settlement Agreement, the Court retains jurisdiction over the Action to enforce the terms of the Settlement Agreement and resolve any and all disputes thereunder.

**SO ORDERED.**

Dated: June 23, 2022

    _____
    J. Philip Calabrese
    United States District Judge
    Northern District of Ohio